# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:          *     Chapter 13

B. LOUISE MITCHELL     *     Case No. 08-31822
    Debtor                 *

## RESPONSE TO TRUSTEE'S MOTION TO INCREASE PLAN PAYMENTS

COMES NOW the Debtor(s), by and through attorney, and in response to the motion to increase plan payments would state as follows:

1. The debtor is filing objections to said claims that are causing her payments to increase.

2. Once objections filed, payment plan will not need to increase.

3. The debtor proposes to pay $335.00 Bi/Weekly to the Trustee, as this is the most she can afford to pay.

Respectfully submitted this day: April 26, 2010.

                          /s/ Richard D. Shinbaum
                          RICHARD D. SHINBAUM
                          rshinbaum@samvpc.com
                          Of Counsel:
                          Shinbaum, McLeod & Campbell, P.C.
                          Post Office Box 201
                          Montgomery, AL 36101
                          (334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: April 26, 2010.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Al. 36101-0173

/S/ Richard D. Shinbaum